**2016–0538. Disciplinary Counsel v. Walton.**
This matter came on for further consideration upon the filing by relator of a notice of violation and

1404

motion to lift stay.

Upon consideration thereof, it is ordered by the court that the motion is denied.

O'Connor, C.J., dissents.

Fischer, J., not participating.